(106 So. 921)

Eugene MURPHY v. STATE. (4 Div. 181.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Violating prohibition law.

RICE, J. Affirmed.

---

(106 So. 922)

Embrey, alias Emory NEAL, v. STATE. (4 Div. 170.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Pike County; N. D. Denson, Judge. First degree manslaughter. Ballard & Brassell, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

---

(107 So. 926)

El NEWSOME v. STATE. (2 Div. 358.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Circuit Court, Perry County; S. F. Hobbs, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(106 So. 922)

Carl NEWTON v. STATE. (5 Div. 544.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Chambers County; N. D. Denson, Judge. Violating the prohibition laws.

RICE, J. Affirmed.

---

(106 So. 922)

Alex NORMAN v. STATE. (4 Div. 95.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit. Court, Geneva County; H. A. Pearce, Judge. Assault to murder.

SAMFORD, J. Appeal dismissed.

---

(106 So. 922)

Lee ODEN v. STATE. (5 Div. 583.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge.

BRICKEN, P. J. This appellant was convicted for the offense of violating the prohibition laws of the state. In default of the fine, he was sentenced to 20 days hard labor for the county and 95 days to pay the costs. The court added 6 months' hard labor for the county. The cause was tried in the circuit court on April 3, 1925, and from the judgment of conviction he appealed. The certificate of appeal was filed with the clerk of this court on April 15, 1925. The appeal has never been perfected, and is now submitted upon motion of the state to dismiss the appeal. Motion granted. Appeal dismissed.

(106 So. 922)

Arthur OLIVER v. STATE. (5 Div. 571.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Possessing whisky.

RICE, J. Appeal dismissed.

---

(109 So. 926)

Emory OWENS v. STATE. (7 Div. 291.) (Court of Appeals of Alabama. June 29, 1926.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(108 So. 925)

Man PARKER v. STATE. (5 Div. 631.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Coosa County; E. S. Lyman, Judge.

BRICKEN, P. J. The trial of this case resulted in a verdict by the jury of guilty as charged in the second count of the indictment. Appellant was adjudged guilty of the offense of unlawfully possessing a still, and sentence of not less than three and not more than four years' imprisonment in the penitentiary was pronounced and entered accordingly. From the judgment of conviction he appealed. The appeal is upon the record proper, without bill of exceptions. As the record is regular in all things, the judgment of conviction appealed from is affirmed. Affirmed.

---

(110 So. 924)

Lamar PARKER v. STATE. (4 Div. 272.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Grand larceny.

SAMFORD, J. Affirmed.

---

(106 So. 922)

O. C. PARKS v. STATE. (6 Div. 860.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Jefferson County; C. P. Almon, Judge. Thompson & Thompson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The charge in this case is brought under section 4159 of the Code of 1923, and in all things makes allegations necessary to meet the requirements to charge the offense condemned by that statute. The defendant raises the question that section 4159 of the Code, supra, is unconstitutional. As to this the Supreme Court has settled the question against the defendant's contention. Goolsby v. State, 20 Ala. App. 654, 104 So. 906. There is no error in the record. The judgment is affirmed. Affirmed.

---

(106 So. 922)

O. C. PARKS v. STATE. (6 Div. 859.) (Court of Appeals of Alabama. Jan. 12, 1926.)